No. D-1260. IN RE DISBARMENT OF BLACKBURN. It is ordered that James Leslie Blackburn, of Raleigh, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1261. IN RE DISBARMENT OF DeLORENZO. It is ordered that Richard A. DeLorenzo, of Peekskill, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1262. IN RE DISBARMENT OF WARWICK. It is ordered that William Robert Warwick, of Long Branch, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1263. IN RE DISBARMENT OF IZZI. It is ordered that Dennis James Izzi, of Palm Springs, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1264. IN RE DISBARMENT OF CLARK. It is ordered that Michael A. Clark, of San Diego, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1265. IN RE DISBARMENT OF ELLSWORTH. It is ordered that Thomas J. Ellsworth, of Boron, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1266. IN RE DISBARMENT OF PARIS. It is ordered that Chester C. Paris, of Pocasset, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.